UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVONTE HAMILTON,

    *Plaintiff*,

v.

**CORRECT CARE SOLUTIONS, LLC, FRANCIS DELGROSSO, LEANDRO DIAZ, JOSEPH K. SPANO, RAUL ULLOA, KARL VOLLMER, WESTCHESTER COUNTY,**

    *Defendants*.

NOTICE OF APPEARANCE

Civil No. 7:18-cv-8361-NSR

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for the defendant, Westchester County, in the above-captioned action, to the extent the allegations in Plaintiff's Complaint concern or relate to medical treatment provided by Correct Care Solutions, LLC.

**PLEASE TAKE FURTHER NOTICE** that the undersigned respectfully requests that his name be placed on the Court's docket and mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that the above-named defendant does not waive any jurisdictional defenses.

**DATED:** January 17, 2019    **BARCLAY DAMON LLP**

By:   */s/ Sanjeev Devabhakthuni*
    Sanjeev Devabhakthuni
    Bar Roll No.: SD0583
*Attorneys for Defendants*
*Correct Care Solutions, LLC, Dr. Raul Ulloa, and Westchester County*
Office and Post Office Address
100 Chestnut Street, Suite 2000
Rochester, New York 14604
Telephone: (585) 295-4489
Facsimile: (585) 295-8429
E-Mail: sdevabhakthuni@barclaydamon.com

17865541.1

TO:     Davonte Hamilton (253217)
           *Pro Se Plaintiff*
           Westchester County Jail
           P.O. Box 10
           Valhalla, NY 10595

           Counsel of Record

17865541.1