UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVONTE HAMILTON,

    *Plaintiff*,

v.

CORRECT CARE SOLUTIONS, LLC, FRANCIS DELGROSSO, LEANDRO DIAZ, JOSEPH K. SPANO, RAUL ULLOA, KARL VOLLMER, WESTCHESTER COUNTY,

    *Defendants*.

NOTICE OF APPEARANCE

Civil No. 7:18-cv-8361-NSR

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for the defendants, Correct Care Solutions, LLC and Raul Ulloa, as well as Westchester County (to the extent the allegations in Plaintiff's Complaint concern or relate to medical treatment provided by Correct Care Solutions, LLC)*,* in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that the undersigned respectfully requests that his name be placed on the Court's docket and mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that the above-named defendant does not waive any jurisdictional defenses.

**DATED:** January 25, 2019  **BARCLAY DAMON LLP**

    By: */s/ Paul A. Sanders*
      Paul A. Sanders
      Bar Roll No.: PS2000
    *Attorneys for Defendants*
    *Correct Care Solutions, LLC, Dr. Raul Ulloa, and Westchester County*
    Office and Post Office Address
    100 Chestnut Street, Suite 2000
    Rochester, New York 14604
    Telephone: (585) 295-4426
    Email address: psanders@barclaydamon.com

TO: Davonte Hamilton #79409054
Queens Private Detention Facility
182-22 150th Ave.
Jamaica, NY 11413

Counsel of Record (via CM/ECF)

17909111.1