UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVONTE HAMILTON,

                *Plaintiff*,

-vs-

CORRECT CARE SOLUTIONS, LLC, FRANCIS DELGROSSO, LEANDRO DIAZ, JOSEPH K. SPANO, RAUL ULLOA, KARL VOLLMER, WESTCHESTER COUNTY,

                *Defendants.*

**NOTICE OF MOTION SEEKING DISMISSAL OF THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**

Case No.: 7:18-cv-8361-NSR

PLEASE TAKE NOTICE:

| | |
|---|---|
| MOTION BY: | **BARCLAY DAMON LLP**<br>*Attorneys for Defendants Correct Care Solutions, LLC, Raul Ulloa, and Westchester County (to the extent the allegations in Plaintiff's Complaint concern or relate to medical treatment provided by Correct Care Solutions, LLC*<br>Office and Post Office Address<br>100 Chestnut Street, Suite 2000<br>Rochester, New York 14604 |
| DATE, TIME AND PLACE OF HEARING: | May 13, 2019 at 10:00 a.m.<br>Hon. Nelson S. Román<br>United States District Court Judge<br>The Hon. Charles L. Brieant Jr. Federal Building and Courthouse<br>U.S. District Court<br>Southern District of New York<br>300 Quarropas Street<br>White Plains, New York 10601 |
| SUPPORTING PAPERS: | Affidavit of Sanjeev Devabhakthuni, dated March 7, 2019, with exhibits, and a Memorandum of Law dated March 7, 2019. |
| RELIEF DEMANDED: | An Order granting Defendants' motion to dismiss the Plaintiff's Complaint with |

|                              |                                                                                                                                   |
|------------------------------|-----------------------------------------------------------------------------------------------------------------------------------|
|                              | prejudice for failure to state a cause of action upon which relief can be granted, and for such other relief as this Court deems just and proper. |
| **GROUNDS FOR RELIEF:**      | Fed. R. Civ. P. Rule 12(b)(6).                                                                                                    |
| **DEMAND FOR ANSWERING PAPERS:** | Per the Order of the Court, dated January 23, 2019 (D.N. 28), opposition to this motion must be served on the undersigned by April 26, 2019. |
|                              | Note that the failure to respond to this motion may result in dismissal of the Complaint and termination of this action.          |
| **DATED:** March 7, 2019     | **BARCLAY DAMON LLP**                                                                                                             |
|                              | By: _____<br>Sanjeev Devabhakthuni<br>Bar Roll No.: SD0583                                                    |
|                              | *Attorneys for Defendants Correct Care Solutions, LLC and Dr. Raul Ulloa*<br>Office and Post Office Address<br>2000 Five Star Bank Plaza<br>100 Chestnut Street<br>Rochester, New York 14604<br>Telephone: (585) 295-4489<br>Facsimile: (585) 295-8429<br>Email: sdevabhakthuni@barclaydamon.com |

TO: Davonte Hamilton (253217)
*Pro Se Plaintiff*
Westchester County Jail
P.O. Box 10
Valhalla, New York 10595

All counsel of record via CM/ECF